OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02.1M          $ 00.26⁵
0004279596     DEC 18 2014
MAILED FROM ZIP CODE 78701

12/17/2014
HOPKINS, KEVIN ANTHONY    Tr. Ct. No. 1051367-A          WR-82,389-01
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

Discharged

KEVIN ANTHONY HOPKINS
~~MCCONNELL~~ - TDC # 1454932